NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――

**ALBERTO SOLAR SOMOHANO,**
*Appellant*

**v.**

**THE COCA-COLA COMPANY,**
*Appellee*

―――――――――

2023-1852

―――――――――

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91232090.

―――――――――

**O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                    SOLAR SOMOHANO v. COCA-COLA COMPANY

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

June 12, 2023                    /s/ Jarrett B. Perlow
    Date                        Jarrett B. Perlow
                                Acting Clerk of Court

**ISSUED AS A MANDATE:** June 12, 2023